```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF RHODE ISLAND
```

_____
                                    )
CONTINENTAL CASUALTY COMPANY,       )
And NAVIGATORS INSURANCE COMPANY,   )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   C.A. No. 18-461 WES
                                    )
JOSEPH A. CARAMADRE, PAULA M.       )
CARAMADRE, JOHN W. MITCHELL, ESQ.,  )
EDWARD C. ROY, ESQ., MELISSA        )
LARSEN, ESQ., UNITED STATES OF      )
AMERICA, WESTERN RESERVE LIFE       )
ASSURANCE COMPANY OF OHIO, and      )
TRANSAMERICA LIFE INSURANCE         )
COMPANY,                            )
                                    )
        Defendants.                 )
_____)

### **ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on August 6, 2019, ECF No. 48, recommending that the Court grant Plaintiff Navigators Insurance Company ("Navigators") Motion to Dismiss, ECF No. 47, Navigators be dismissed as a party in this case, and Defendants be enjoined from bringing any action or proceeding in any form arising out of and in connection with the Interpleader Funds.

After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R, ECF No. 48, and adopts the recommendations and reasoning set forth therein.

Accordingly, Plaintiff Navigators Motion to Dismiss, ECF No. 47, is GRANTED, Navigators shall be dismissed as a party in this case, and Defendants shall be enjoined from bringing any action or proceeding in any form arising out of and in connection with the Interpleader funds.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 27, 2019